UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

HANIE LICHTMAN

        Plaintiff,

   -against-

I.C. SYSTEM, INC.

        Defendant.

------------------------------------------------------------

FILED
IN CLERK'S
US DISTRICT

☆ MAY 17 2016

BROOKLYN OFFICE

15 CV 3103 (ENV) (VMS)

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, being that the matter has been resolved, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*

Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

/S/ USDJ ERIC N. VITALIANO

U.S.D.J.

*The clerk is directed to close the case.*